Before BIRCH, DUBINA and PRYOR, Circuit Judges.

PER CURIAM:

Michael N. Loebl, counsel for Joe Hills, Jr. in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hills's conviction and sentence are **AFFIRMED.**

Before ANDERSON, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

David J. Joffe, appointed counsel for Ava Montalvo, has filed a motion to withdraw on appeal supported by a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Montalvo's convictions and sentences are **AFFIRMED.**

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ava MONTALVO, Defendant–
Appellant.**

No. 07–13954
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 25, 2008.

David Jonathon Joffe, Joffe & Joffe, P.A., Fort Lauderdale, FL, for Defendant–Appellant.

**Richard P. CONSOLE, Sr.,
Petitioner–Appellant,**

v.

**COMMISSIONER OF INTERNAL
REVENUE, Respondent–
Appellee.**

No. 08–11064
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 25, 2008.